# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

AUG 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

ANTONIO MARCO QUINTANILLA
a/k/a JORGE MARTINEZ
a/k/a FREDDIE ARMANDO HERNANDEZ
a/k/a SELVIN HERNANDEZ
a/k/a CELVIN HERNANDEZ
a/k/a MARCO ANTONIO

Venue: San Francisco

**CRIMINAL COMPLAINT**

CASE NUMBER:

3 08 70571 

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>August 25, 2008</u> in <u>San Francisco,</u> in the <u>Northern</u> District of California the defendant,

ANTONIO MARCO QUINTANILLA, a/k/a JORGE MARTINEZ; FREDDIE ARMANDO HERNANDEZ; SELVIN HERNANDEZ; CELVIN HERNANDEZ and MARCO ANTONIO an alien, after having been removed, excluded, and deported from the United States, was thereafter found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title __8__ United States Code, Section(s) _____1326_____ .

I further state that I am a <u>Deportation Officer</u> and that this complaint is based on the following facts:
<span>Official Title</span>

**SEE ATTACHED AFFIDAVIT IN SUPPORT OF THIS COMPLAINT**
**PENALTIES:** Imprisonment for not more than 20 years, a fine of not more than $250,000.00, a $100.00 dollar special assessment, and 3 years supervised release.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

Warrant of Arrest Requested: ☐ Yes ☒ No
Bail Amount: **NO BAIL**

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

8/28/08 _____ at ___San Francisco, California___
Date                                                           City and State

**Honorable Joseph C. Spero**
**United States Magistrate Judge** _____
Name & Title of Judicial Officer                 Signature of Judicial Officer

| | |
|---|---|
| STATE AND NORTHERN DISTRICT OF CALIFORNIA | ) |
| | ) ss, AFFIDAVIT |
| CITY AND COUNTY OF SAN FRANCISCO | ) |

I, Mario E. Huelga, Deportation Officer, U.S. Immigration and Customs Enforcement (ICE), being duly sworn, depose and state:

### I. INTRODUCTION AND PURPOSE OF AFFIDAVIT

1. This affidavit is submitted in support of a criminal complaint against ANTONIO MARCO QUINTANILLA, a/k/a JORGE MARTINEZ; FREDDIE ARMANDO HERNANDEZ; SELVIN HERNANDEZ; CELVIN HERNANDEZ and MARCO ANTONIO for violating 8 U.S.C. § 1326. The facts set forth in this Affidavit are based on my review of ANTONIO MARCO QUINTANILLA'S official Immigration file (No. A96 386 638), my personal observations, my training and experience, and where noted, information related to me by other law enforcement officials. However, the facts set forth in this Affidavit are not all of the facts related to ANTONIO MARCO QUINTANILLA that I know.

### II. AGENT'S BACKGROUND AND EXPERTISE

2. I have been a Deportation officer with the U. S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), formerly the United States Department of Justice (DOJ), Immigration and Naturalization Service (INS), for approximately three (3) years. Prior to that I was an Immigration Enforcement Agent with the U. S. Department of Homeland Security, Immigration and Customs Enforcement, formerly the United States Department of Justice, Immigration and Naturalization Service for approximately four (4) years. I am currently assigned to ICE's San Francisco, California office, and I am responsible for enforcing federal criminal statutes involving criminal aliens who reenter the United States illegally.

### III. APPLICABLE LAW

3. Title 8 U.S.C. § 1326 provides criminal penalties for "any alien who . . . has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter enters, attempts to enter, or is at any time found in, the United States, unless (A) prior to his reembarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission; or (B) with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior Act . . . ."

### IV. FACTS ESTABLISHING PROBABLE CAUSE

4. ANTONIO MARCO QUINTANILLA, a/k/a JORGE MARTINEZ; FREDDIE ARMANDO HERNANDEZ; SELVIN HERNANDEZ; CELVIN HERNANDEZ and MARCO

ANTONIO is a twenty-six (26) year-old male who is a native and citizen of Mexico. ANTONIO MARCO QUINTANILLA was deported from the United States to Mexico on June 14, 2008; November 2, 2005 and on February 2, 2004. Prior to his last deportation on June 14, 2008, QUINTANILLA was convicted of infliction of corporal injury on a spouse or cohabitant, in violation of California Penal Code § 273.5(A), and child cruelty: possible injury or death in violation of California Penal Code § 273A(A), on or about August 25, 2005.

5.      ANTONIO MARCO QUINTANILLA last entered the United States illegally in July 2008, by voluntarily crossing into California through the international border with Mexico by foot. ANTONIO MARCO QUINTANILLA knowingly remained in the United States without first having obtained the consent to reapply for admission from the Attorney General of the United States or the United States Secretary of Homeland Security.

6.      The official Immigration file for ANTONIO MARCO QUINTANILLA contains three (3) executed Warrants of Removal. The Warrants of Removal are dated June 14, 2008, November 2, 2005 and February 2, 2004.

7.      On or about August 25, 2008, an Immigration and Customs Enforcement (ICE) agent encountered ANTONIO MARCO QUINTANILLA pursuant to his release from San Francisco County Jail in San Francisco, California on unrelated charges.

8.      On August 25, 2008, ICE Agent Michael Taylor interviewed ANTONIO MARCO QUINTANILLA at the ICE San Francisco Field Office located in San Francisco, California. After ANTONIO MARCO QUINTANILLA was advised of his Miranda rights and the right to speak with the consular or diplomatic officers of his country of citizenship, he admitted that his true name was ANTONIO MARCO QUINTANILLA. QUNITANILLA admitted that he was a citizen and national of Mexico and that he had been previously deported from the United States. He also admitted that he illegally reentered the United States in July of 2008 without first obtaining permission to reenter after his last deportation.

9.      On August 25, 2008, at the ICE San Francisco Field Office, ANTONIO MARCO QUINTANILLA fingerprints and photos were submitted into the Auto Biometric Identification System (IDENT). IDENT information confirmed ANTONIO MARCO QUINTANILLA'S identity under Fingerprint Identification Number (FINS) 15486398.

10.     On August 27, 2008, a full set of rolled fingerprints belonging to ANTONIO MARCO QUINTANILLA was submitted to the Automated Fingerprint Identification Center ("AFIS"), for further verification of the identity. Along with the full set of prints belonging to ANTONIO MARCO QUINTANILLA, the single print appearing on each of the three (3) Warrants of Removal (executed June 14, 2008; November 2, 2005, and February 2, 2004) for ANTONIO MARCO QUINTANILLA were all submitted for comparison. The fingerprint examiner positively identified the fingerprints as belonging to the same ANTONIO MARCO QUINTANILLA who had previously been removed from the United States on November 2, 2005, and February 2, 2004.

11.	There is no indication in ICE's official files that ANTONIO MARCO QUINTANILLA has applied for or been granted the requisite permission to reenter the United States from either the Attorney General of the United States or the Secretary of Homeland Security.

## V. CONCLUSION

12.	On the basis of the above information, I submit that probable cause exists to believe that ANTONIO MARCO QUINTANILLA, a/k/a JORGE MARTINEZ; FREDDIE ARMANDO HERNANDEZ; SELVIN HERNANDEZ; CELVIN HERNANDEZ and MARCO ANTONIO illegally reentered the United States following deportation, in violation of 8 U.S.C. § 1326.

Mario E. Huelga
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
San Francisco, California

Subscribed and sworn to before me this _28th_ day of August, 2008.

The Honorable Joseph C. Spero
United States Magistrate Judge
Northern District of California
San Francisco, California

-3-